# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

U.S.A. vs. Karim Oma Gist               Docket No. 4:95-CR-41-2H

## Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Karim Oma Gist, who, upon an earlier plea of guilty to Racketeering in violation of 18 U.S.C. §1962(c) and Murder in Aid of Racketeering and Aiding and Abetting in violation of 18 U.S.C. §§ 1959(a)(1) and 2, was sentenced by the Honorable Malcolm J. Howard, U.S. District Judge, on July 7, 1997, to the custody of the Bureau of Prisons for a term of 240 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as directed by the probation office.

Karim Oma Gist is scheduled for release from the Bureau of Prisons on October 22, 2013, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Gist has been in federal custody since 1995. Due to health related issues, he was only able to utilize 45 days in the Residential Reentry Center at the end of his custodial sentence. In order to allow him additional time to establish a residence and employment, the regional director of the Residential Reentry Center's has agreed to allow Mr. Gist the opportunity to remain in the Residential Reentry Center placement for up to an additional 180 days to assist with his transition back to society. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Karim Oma Gist
Docket No. 4:95-CR-41-2H
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

      I declare under penalty of perjury that the foregoing is true and correct.

      /s/ Michael C. Brittain
      Michael C. Brittain
      Senior U.S. Probation Officer
      310 New Bern Avenue, Room 610
      Raleigh, NC 27601-1441
      Phone: (919) 861-8660
      Executed On: October 15, 2013

## ORDER OF COURT

Considered and ordered this 15th day of October, 2013, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge